NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MATI THERAPEUTICS, INC.,**
*Appellant*

**v.**

**OCULAR THERAPEUTIX, INC.,**
*Appellee*

---

2020-2176

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2019-00448.

---

## JUDGMENT

---

HENRY HUANG, White & Case LLP, Palo Alto, CA, argued for appellant. Also represented by HALLIE ELIZABETH KIERNAN, YANG XU; DAVID TENNANT, Washington, DC; ANITA VARMA, Boston, MA.

JENNIFER L. SWIZE, Jones Day, Washington, DC, argued for appellee. Also represented by GREGORY A. CASTANIAS, AMELIA A. DEGORY; JOHN JOSEPH NORMILE, JR., New York, NY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, O'MALLEY, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| November 8, 2021 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |